USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/18/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| D.O.A.,<br><br>      *Petitioner*,<br><br>v.<br><br>Thomas DECKER, et al.,<br><br>      *Respondents*. | CASE NO. 21-cv-04229 |

**ORDER GRANTING PETITIONER'S MOTION TO PROCEED USING INITIALS**

Petitioner's motion to proceed using his initials is GRANTED.

**IT IS SO ORDERED.**

Dated: May 18, 2021
New York, New York

_____
United States District Judge