USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/8/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D.O.A.,

                Plaintiff,

   –v–

Decker,

                Defendants.

21-cv-4229 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The oral argument scheduled for July 19, 2021 at 11:00 A.M. is adjourned to July 21, 2021 at 11:30 A.M. and will occur in-person in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York.

SO ORDERED.

Dated: July 8, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1