UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/11/2022

D.O.A.,

                    Plaintiff,

        —v—

Decker, et al.,

                    Defendants.

21-cv-4229 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

        The oral argument scheduled for January 20, 2022 at 3 p.m. will be held remotely.  The

Court will send call-in instructions to the parties prior to the hearing.


        SO ORDERED.

Dated: January 11, 2022
        New York, New York

_____
        ALISON J. NATHAN
        United States District Judge