```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/19/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D.O.A.

                Plaintiff,

        -v-

Decker et al,

                Defendants.

21-cv-4229 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Oral argument in this matter is scheduled for Thursday, January 20, 2022 at 3:00 PM. The oral argument will take place remotely and may be accessed by dialing (888) 363-4749 and entering access code 9196964#. All persons accessing the proceeding must mute their lines unless given permission to unmute. Any recording or rebroadcasting of any portion of the proceeding is strictly prohibited. Violations of this order can result in fines or other sanctions.

SO ORDERED.

Dated: January 19, 2022

      New York, New York

_____
ALISON J. NATHAN
United States District Judge