UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/20/22

D.O.A.,

                Plaintiff,

    –v–

Decker, et al.,

                Defendants.

21-cv-4229 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court held oral argument in this matter today. For the reasons stated on the record by the Court during the hearing, D.O.A.'s motion to enforce the conditional writ of habeas corpus is DENIED. This resolves docket number 35.

SO ORDERED.

Dated: January 20, 2022
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1