```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOA,

                Plaintiff,

      –v–

Decker et al.,

                Defendants.

21-cv-4229 (AJN)
ORDER

ALISON J. NATHAN, Circuit Judge, Sitting by Designation:

    The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: April 20, 2022
        New York, New York

                                            ALISON J. NATHAN
                                          United States Circuit Judge
                                          Sitting by Designation